# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2019

## NO. 03-19-00448-CV

### D. J. and A. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the decree of termination signed by the trial court on June 18, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.